IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON SOLOMON                                                                                    PLAINTIFF

VS.                                            Civil No. 4:13-cv-4126

CORPORAL ALLEN SANDERS;
and DEWAYNE FLOYD                                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 30, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 87). Judge Bryant recommends that the above-styled case be dismissed with prejudice for Plaintiff's failure to comply with the Federal Rules of Civil Procedure and failure to prosecute this matter. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE** and Plaintiff's Motion for Summary Judgment (ECF No. 80) should be terminated.

**IT IS SO ORDERED**, this 29th day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge